**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **Contreras et al** | ) | |
| Plaintiff(s), | ) | 1:21-cv-03139 |
| v. | ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| **Illinois State Board of Elections et al** | ) | |
| Defendant(s), | ) | |

## ORDER

Telephonic motion hearing held in Case Nos. 21-cv-3091 and 21-cv-3139. Given the expedited schedule in these cases, the Court provided oral rulings in open court granting in part and denying in part the respective plaintiffs' motions to compel [Case No. 20-cv-3091 dkt. 54; Case No. 21-cv-3139 dkt. 44], so that the parties can timely complete discovery work. Written opinions will follow, and additional deadlines and discussion are below.

## STATEMENT

Given the expedited schedule in these cases, the Court provided oral rulings in open court granting in part and denying in part the respective plaintiffs' motions to compel [Case No. 20-cv-3091 dkt. 54; Case No. 21-cv-3139 dkt. 44]. As discussed on the record, all ordered and agreed supplements to the discovery requests at issue in each case are due by 8/20/21, including any corresponding privilege log(s). To the extent that supplemental information already has been provided to Plaintiffs by letter or statements in court filings, such supplements are to be incorporated into the 8/20/21 discovery responses. Because oral rulings were provided in open court, the pending issuance of written opinions should not delay this work.

Expert depositions are scheduled for 9/2/21 through 9/6/21, and the parties have now confirmed their experts' (and counsel's) availability for them (either in-person or remote). The parties are encouraged to promptly discuss the logistics of those depositions. As discussed in open court, given public health concerns, this Court encourages the use of remote technology for depositions when requested by any party, deponent, or court reporter. In the unlikely event that a dispute arises during the depositions that requires the Magistrate Judge, the Magistrate Judge will make herself available telephonically for expeditious rulings, so the parties may jointly contact the Courtroom Deputy to get the Judge's direct contact information shortly in advance of this depositions period. The Court trusts and has no doubt that given the high level of professionalism of the attorneys involved in these matters, any such calls during the depositions would be made judiciously and rarely.

The parties did not express a need to set a date certain for a next status hearing regarding discovery supervision, but the Court remains available if an issue arises, and can be contacted by way of email, copying all parties, to this Court's courtroom deputy.

Finally, as discussed in open court, the Court appreciates that the Legislative Defendants flagged and raised the possibility that they might move to stay or extend the expert discovery schedule based on the recent release of census data. Any such motion would need to be presented to the three-judge panel for their consideration, and to give them adequate time for consideration, any such motions must be filed by 8/20/21.


Date:   08/18/2021

/s/ Bill W Janty
Beth W. Jantz
United States Magistrate Judge