UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE CONTRERAS, IRVIN FUENTES, ABRAHAM MARTINEZ, IRENE PADILLA, and ROSE TORRES<br><br>               Plaintiffs,<br>v.<br><br>ILLINOIS STATE BOARD OF ELECTIONS, CHARLES W. SCHOLZ, IAN K. LINNABARY, WILLIAM J. CADIGAN, LAURA K. DONAHUE, WILLIAM R. HAINE, WILLIAM M. MCGUFFAGE, KATHERINE S. O'BRIEN, and CASANDRA B. WATSON in their official capacities as members of the Illinois State Board of Elections, DON HARMON, in his official capacity as President of the Illinois Senate, and THE OFFICE OF THE PRESIDENT OF THE ILLINOIS SENATE, EMANUEL CHRISTOPHER WELCH, in his official capacity as Speaker of the Illinois House of Representatives, and the OFFICE OF THE SPEAKER OF THE ILLINOIS HOUSE OF REPRESENTATIVES,<br><br>               Defendants. | Case No. 1:21-cv-03139<br><br>Circuit Judge Michael B. Brennan<br>Chief Judge Jon E. DeGuilio<br>Judge Robert M. Dow, Jr.,<br><br>Three-Judge Court<br><br>Pursuant to 28 U.S.C. § 2284(a) |

**NOTICE OF MOTION**

To: Attorneys of Record:

     **PLEASE TAKE NOTICE** that on Friday, August 27, 2021, at 9:15 a.m. or as soon thereafter as counsel may be heard, counsel shall appear before the Three-Judge Court consisting of Circuit Judge Michael B. Brennan; Chief District Judge Jon E. DeGuilio; and District Judge Robert M. Dow, Jr., Courtroom 2303, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present for hearing **Plaintiffs' Motion for Summary Judgment**, a copy of which is attached hereto and hereby served upon you.

Dated: August 20, 2021                                                                                                 Respectfully submitted,

Dated: August 20, 2021                              Respectfully submitted,

*/s/ Griselda Vega Samuel*
Griselda Vega Samuel (no. 6284538)
Francisco Fernandez del Castillo
(no. 6337137)
Mexican American Legal Defense and
Educational Fund
11 E. Adams, Suite 700
Chicago, IL 60603
Telephone: (312) 427-0701
Facsimile: (312) 588-0782
Email: gvegasamuel@maldef.org
Email: ffernandez-delcastillo@maldef.org

Thomas A. Saenz (*pro hac vice*)
CA State Bar No. 24005046
Ernest Herrera (*pro hac vice*)
CA State Bar. No. 335032
Denise Hulett
CA State Bar No. 121553
Mexican American Legal Defense and
Educational Fund
643 S. Spring St., 11th Fl.
Los Angeles, CA 90014
Telephone: (213) 629-2512
Email: tsaenz@maldef.org
Email: eherrera@maldef.org
Email: dhulett@maldef.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, a copy of the foregoing document was filed electronically in compliance with Local Rule 5.9.

/s/ Griselda Vega Samuel
*Attorney for Plaintiffs*