UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE CONTRERAS, IRVIN FUENTES, ABRAHAM MARTINEZ, IRENE PADILLA, and ROSE TORRES<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ILLINOIS STATE BOARD OF ELECTIONS, CHARLES W. SCHOLZ, IAN K. LINNABARY, WILLIAM J. CADIGAN, LAURA K. DONAHUE, WILLIAM R. HAINE, WILLIAM M. MCGUFFAGE, KATHERINE S. O'BRIEN, and CASANDRA B. WATSON in their official capacities as members of the Illinois State Board of Elections, DON HARMON, in his official capacity as President of the Illinois Senate, and THE OFFICE OF THE PRESIDENT OF THE ILLINOIS SENATE, EMANUEL CHRISTOPHER WELCH, in his official capacity as Speaker of the Illinois House of Representatives, and the OFFICE OF THE SPEAKER OF THE ILLINOIS HOUSE OF REPRESENTATIVES,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-03139<br><br>Circuit Judge Michael B. Brennan<br>Chief District Judge Jon E. DeGuilio<br>District Judge Robert M. Dow, Jr.<br><br>Three-Judge Court<br>Pursuant to 28 U.S.C. § 2284(a) |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

TO DEFENDANTS AND ALL OTHER INTERESTED PARTIES:

　　　Please take notice that pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Julie

Contreras, Irvin Fuentes, Abraham Martinez, Irene Padilla and Rose Torres hereby do move the

Court for an order granting summary judgment to Plaintiffs and against Defendants; declaring

unlawful and setting aside the Legislature's Enacted Plans, passed into law on June 4, 2021, as

unconstitutionally malapportioned, and enjoining Defendants from holding future elections based of the Enacted Plans.

As set forth more fully in Plaintiffs' Memorandum of Law in Support of this Motion, there is no genuine dispute as to any material fact, and Plaintiffs are entitled to judgment as a matter of law. In particular, the Enacted Plans violate the Equal Protection Clause of the 14th Amendment because they are unconstitutionally malapportioned.

Plaintiffs' Motion is based on this Motion; the Memorandum of Law; Plaintiffs' Statement of Material Facts; Declarations and all papers, pleadings, records and files in this case; all matters of which judicial notice may be taken; and such other argument or evidence as may be presented to this Court at a hearing on this Motion.

Dated: August 20, 2021

Respectfully submitted,
/s/Griselda Vega Samuel

MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND

Griselda Vega Samuel
IL State Bar No. 6284538
Francisco Fernandez del Castillo
IL State Bar No. 6337137
11 E. Adams St., Suite 700
Chicago, IL 60603
Phone: (312) 427-0701
Facsimile: (312) 588-0782
Email: gvegasamuel@maldef.org
Email: ffernandez-delcastillo@maldef.org

Thomas A. Saenz (*pro hac vice*)
CA State Bar No. 159430
Ernest Herrera (*pro hac vice*)
CA State Bar. No. 335032
Denise Hulett

CA State Bar. No. 121553
643 S. Spring St., 11th Fl.
Los Angeles, CA 90014
Telephone: (213) 629-2512
E-mail: tsaenz@maldef.org

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 20, 2021, a copy of the above Plaintiffs' Motion for Summary Judgment was filed electronically in compliance with Local Rule 5.9. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing.

/s/ *Griselda Vega Samuel*
*Attorney for Plaintiffs*