**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JULIE CONTRERAS, IRVIN FUENTES, ABRAHAM MARTINEZ, IRENE PADILLA, and ROSE TORRES,<br><br>       Plaintiffs,<br><br>  v.<br><br>ILLINOIS STATE BOARD OF ELECTIONS, CHARLES W. SCHOLZ, IAN K. LINNABARY, WILLIAM M. MCGUFFAGE, WILLIAM J. CADIGAN, KATHERINE S. O'BRIEN, LAURA K. DONAHUE, CASANDRA B. WATSON, and WILLIAM R. HAINE, in their official capacities as members of the Illinois State Board of Elections, EMANUEL CHRISTOPHER WELCH, in his official capacity as Speaker of the Illinois House of Representatives, the OFFICE OF SPEAKER OF THE ILLINOIS HOUSE OF REPRESENTATIVES, DON HARMON, in his official capacity as President of the Illinois Senate, and the OFFICE OF THE PRESIDENT OF THE ILLINOIS SENATE,<br><br>       Defendants. | Case No. 1:21-cv-03139<br><br>Magistrate Judge Jantz<br><br>Three-Judge Panel<br>Pursuant to 28 U.S.C. § 2284(a) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL LEGISLATIVE DEFENDANTS TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS

The Court, having considered Plaintiffs' Motion to Compel Legislative Defendants to Respond to Plaintiffs' Discovery Requests, finds that the Motion should be GRANTED. It is therefore ORDERED that Legislative Defendants provide to Plaintiffs in full the thirty draft redistricting maps identified by Plaintiffs in their Motion to Compel.

Dated: _____ _____
Hon. Beth W. Jantz
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, a copy of the foregoing document was filed electronically in compliance with Local Rule 5.9. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing.

/s/ *Griselda Vega Samuel*
*Attorney for Plaintiffs*