# EXHIBIT C

| | |
|---|---|
| **From:** | Ernest Herrera <eherrera@MALDEF.org> |
| **Sent:** | Wednesday, September 22, 2021 3:59 PM |
| **To:** | Yandell, Elizabeth (Bay Area); TPanoff@mayerbrown.com; bja@lbgalaw.com; pal@lbgalaw.com; CComstock@mayerbrown.com; MHolzrichter@mayerbrown.com; rmeza@meza.law |
| **Cc:** | AVaught@hinshawlaw.com; cohagan@hinshawlaw.com; mjkasper60@mac.com; Berkowitz, Sean (CH); Smith, Colleen (SD); heather@wiervaught.com; Caldwell, Sheridan (Bay Area); Gold, Miri (CC); Bridegan, Tyler (DC); dbruce@powerrogers.com; sdalton@powerrogers.com; Francisco Fernandez-del Castillo; Griselda Vega Samuel; CHarris@mayerbrown.com |
| **Subject:** | Re: McConchie et al v. Illinois State Board of Elections et al |

Hello all:

**Districts for narrowing discovery requests**: In addition to the districts listed by *McConchie* Plainitffs, we want the requested data for House District 9.

**RFP Deferral:** We will agree to defer RFPs 1, 5, 7, 8, 9, 10, 11, 12, 13, and 15 to our Category 3 phase of discovery requests.

I also write to confirm our understanding of the other discovery discussions we had on the call regarding *Contreras* Plaintiffs' requests.

**Interrogatories 1 and 3**: You will identify any other racially polarized voting analysis made by Defendants besides that cited by Allan Lichtman in his May 2021 testimony.

**RFP 6**: If there is not an unduly burdensome number of draft maps/plans considered prior to enactment of the August 2021 maps, you will either produce them or produce a privilege log for the data/documents concerning those drafts/plans. If there are too many (such as 10,000) drafts, you will still identify what your assertion of privilege is as to such drafts and describe why you are unable to produce those data now.

**RFP 23, 24:** You will provide responses to these data after our clarification of the type of data that we are requesting--i.e., voter registration data along with accompanying identification of Latino voters by Spanish-surname or other methodology.

**RFP 25**: If there are other precinct geographies from elections during the last 10 years, you will provide what you possess.

**RFP 16, 17:** You will provide communications, or a privilege log insofar as privilege applies, with Lichtman and Brace.

**RFP 18-22**: After we clarified that our position is that we request this information because we need it in order to clarify our claims, per the Court's orders, you said that you would either produce documents concerning communications for the identified legislators or you would provide a privilege log.

1

Please let me know if you have any other questions.  Thank you.


**Ernest I. Herrera**
**Staff Attorney**
**Pronouns: he/him/his**
**Mexican American Legal Defense and Educational Fund**
**634 S. Spring Street - 11th Floor**
**Los Angeles, CA 90014**
**(213) 629-2512 Ext. 114**
www.maldef.org
facebook.com/maldef
twitter.com/maldef

---

**From:** Elizabeth.Yandell@lw.com <Elizabeth.Yandell@lw.com>
**Sent:** Wednesday, September 22, 2021 3:51 PM
**To:** TPanoff@mayerbrown.com; bja@lbgalaw.com; pal@lbgalaw.com; CComstock@mayerbrown.com; MHolzrichter@mayerbrown.com; rmeza@meza.law
**Cc:** AVaught@hinshawlaw.com; cohagan@hinshawlaw.com; mjkasper60@mac.com; Sean.Berkowitz@lw.com; Colleen.Smith@lw.com; heather@wiervaught.com; Sheridan.Caldwell@lw.com; Miri.Gold@lw.com; Tyler.Bridegan@lw.com; dbruce@powerrogers.com; sdalton@powerrogers.com; Ernest Herrera; Francisco Fernandez-del Castillo; Griselda Vega Samuel; CHarris@mayerbrown.com
**Subject:** RE: McConchie et al v. Illinois State Board of Elections et al

Thank you Tom, received.  Defendants reserve their rights to object to the scope of the districts and discovery in your email below, including because your list of "narrowed" districts remains unreasonably long and unduly burdensome, and because it includes additional districts that you did not identify during our meet and confer, which served as the basis for any agreements between the parties as to next steps.  We also note that during the call, the parties discussed your deferred discovery falling under Category 2 of Judge Jantz's September 8 order, not Category 3.  Defendants reserve all rights on this issue.

Contreras plaintiffs:  plaintiffs agreed to send your list of priority districts and any deferred discovery requests within an hour of the call ending, in exchange for Defendants' agreement to address the issues plaintiffs identified during the call by 9am PT tomorrow.  It has now been 1.5 hours since our call ended; please advise on when we can expect this information.

---

**From:** Panoff, Thomas <TPanoff@mayerbrown.com>
**Sent:** Wednesday, September 22, 2021 2:51 PM
**To:** Yandell, Elizabeth (Bay Area) <Elizabeth.Yandell@lw.com>; bja@lbgalaw.com; pal@lbgalaw.com; Comstock, Christopher <CComstock@mayerbrown.com>; Holzrichter, Mitchell D. <MHolzrichter@mayerbrown.com>; rmeza@meza.law
**Cc:** AVaught@hinshawlaw.com; cohagan@hinshawlaw.com; mjkasper60@mac.com; Berkowitz, Sean (CH) <Sean.Berkowitz@lw.com>; Smith, Colleen (SD) <Colleen.Smith@lw.com>; heather@wiervaught.com; Caldwell, Sheridan (Bay Area) <Sheridan.Caldwell@lw.com>; Gold, Miri (CC) <Miri.Gold@lw.com>; Bridegan, Tyler (DC) <Tyler.Bridegan@lw.com>; dbruce@powerrogers.com; sdalton@powerrogers.com; eherrera@MALDEF.org; FFernandez-delCastillo@MALDEF.org; Gvegasamuel@MALDEF.org; Harris II, Charles E. <CHarris@mayerbrown.com>
**Subject:** RE: McConchie et al v. Illinois State Board of Elections et al

Following up on our call that ended shortly ago, below are the two categories of what we agreed to provide on behalf of the *McConchie* plaintiffs:

- **Districts for narrowing second set of discovery requests:**

2

- o House Districts: 1, 2, 3, 4, 6, 7, 8, 19, 21, 22, 23, 24, 32, 39, 40, 49, 50, 77, 83, 84, 113, 114

- o Senate Districts: 1, 2, 3, 4, 10, 11, 12, 16, 20, 25, 39, 43, 57

- **RFP Deferral:**

  - o We'll agree to defer RFP Nos. 2, 3, 4, 11 and 16 by placing them on the track and timing for Category No. 3 in the Court's Sept. 8 Order (Dkt. 97). Since we chose not to serve any Category No. 3 RFPs or interrogatories to make the discovery process as efficient as possible, this proposal seems more than reasonable to us.

Please let us know if you have any questions or would like to discuss further.


Tom

---

**From:** Elizabeth.Yandell@lw.com <Elizabeth.Yandell@lw.com>
**Sent:** Tuesday, September 21, 2021 6:50 PM
**To:** Panoff, Thomas <TPanoff@mayerbrown.com>; bja@lbgalaw.com; pal@lbgalaw.com; Comstock, Christopher <CComstock@mayerbrown.com>; Holzrichter, Mitchell D. <MHolzrichter@mayerbrown.com>; rmeza@meza.law
**Cc:** AVaught@hinshawlaw.com; cohagan@hinshawlaw.com; mjkasper60@mac.com; Sean.Berkowitz@lw.com; Colleen.Smith@lw.com; heather@wiervaught.com; Sheridan.Caldwell@lw.com; Miri.Gold@lw.com; Tyler.Bridegan@lw.com; dbruce@powerrogers.com; sdalton@powerrogers.com; eherrera@MALDEF.org; FFernandez-delCastillo@MALDEF.org; Gvegasamuel@MALDEF.org; Harris II, Charles E. <CHarris@mayerbrown.com>
**Subject:** RE: McConchie et al v. Illinois State Board of Elections et al

**\*\*EXTERNAL SENDER\*\***

Hi all,

Defendants are available to meet and confer on our discovery responses tomorrow between 2-3:30 CT. Please let us know if this time works, and if so, send around your preferred dial-in.

Thank you,
Libby

PS: Charles, apologies for our inadvertently missing your email on the service list; we have updated our list for the future.

---

**From:** Yandell, Elizabeth (Bay Area) <Elizabeth.Yandell@lw.com>
**Sent:** Tuesday, September 21, 2021 10:49 AM
**To:** Panoff, Thomas <TPanoff@mayerbrown.com>; bja@lbgalaw.com; pal@lbgalaw.com; Comstock, Christopher <CComstock@mayerbrown.com>; Holzrichter, Mitchell D. <MHolzrichter@mayerbrown.com>; rmeza@meza.law
**Cc:** AVaught@hinshawlaw.com; cohagan@hinshawlaw.com; mjkasper60@mac.com; Berkowitz, Sean (CH) <Sean.Berkowitz@lw.com>; Smith, Colleen (SD) <Colleen.Smith@lw.com>; heather@wiervaught.com; Caldwell, Sheridan (Bay Area) <Sheridan.Caldwell@lw.com>; Gold, Miri (CC) <Miri.Gold@lw.com>; Bridegan, Tyler (DC) <Tyler.Bridegan@lw.com>; dbruce@powerrogers.com; sdalton@powerrogers.com; Ernest Herrera <eherrera@MALDEF.org>; Francisco Fernandez-del Castillo <FFernandez-delCastillo@MALDEF.org>; Griselda Vega Samuel <Gvegasamuel@MALDEF.org>; Harris II, Charles E. <CHarris@mayerbrown.com>
**Subject:** RE: McConchie et al v. Illinois State Board of Elections et al

Hi Tom,

Our group won't all be available at 1pm CT today. We're working on identifying times tomorrow and will send those through this afternoon.

Thanks very much and we look forward to discussing.

Libby

---

**From:** Panoff, Thomas <TPanoff@mayerbrown.com>
**Date:** Tuesday, Sep 21, 2021, 7:53 AM
**To:** Yandell, Elizabeth (Bay Area) <Elizabeth.Yandell@lw.com>, bja@lbgalaw.com <bja@lbgalaw.com>, pal@lbgalaw.com <pal@lbgalaw.com>, Comstock, Christopher <CComstock@mayerbrown.com>, Holzrichter, Mitchell D. <MHolzrichter@mayerbrown.com>, rmeza@meza.law <rmeza@meza.law>
**Cc:** AVaught@hinshawlaw.com <AVaught@hinshawlaw.com>, cohagan@hinshawlaw.com <cohagan@hinshawlaw.com>, mjkasper60@mac.com <mjkasper60@mac.com>, Berkowitz, Sean (CH) <Sean.Berkowitz@lw.com>, Smith, Colleen (SD) <Colleen.Smith@lw.com>, heather@wiervaught.com <heather@wiervaught.com>, Caldwell, Sheridan (Bay Area) <Sheridan.Caldwell@lw.com>, Gold, Miri (CC) <Miri.Gold@lw.com>, Bridegan, Tyler (DC) <Tyler.Bridegan@lw.com>, dbruce@powerrogers.com <dbruce@powerrogers.com>, sdalton@powerrogers.com <sdalton@powerrogers.com>, Ernest Herrera <eherrera@MALDEF.org>, Francisco Fernandez-del Castillo <FFernandez-delCastillo@MALDEF.org>, Griselda Vega Samuel <Gvegasamuel@MALDEF.org>, Harris II, Charles E. <CHarris@mayerbrown.com>
**Subject:** RE: McConchie et al v. Illinois State Board of Elections et al

Thank you. Copying the MALDEF team as well as my partner, Charles Harris (he has been inadvertently left off the last few emails from Latham).

Please let us know if you are free at 1:00 pm CT today for a meet and confer to discuss your responses.

Tom
_____

**Thomas V. Panoff**
*Partner*
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606 United States of America
T +1 312 701 8821
mayerbrown.com

---

**From:** Elizabeth.Yandell@lw.com <Elizabeth.Yandell@lw.com>
**Sent:** Monday, September 20, 2021 11:10 PM
**To:** bja@lbgalaw.com; pal@lbgalaw.com; Comstock, Christopher <CComstock@mayerbrown.com>; Holzrichter, Mitchell D. <MHolzrichter@mayerbrown.com>; Panoff, Thomas <TPanoff@mayerbrown.com>; rmeza@meza.law
**Cc:** AVaught@hinshawlaw.com; cohagan@hinshawlaw.com; mjkasper60@mac.com; Sean.Berkowitz@lw.com; Colleen.Smith@lw.com; Elizabeth.Yandell@lw.com; heather@wiervaught.com; Sheridan.Caldwell@lw.com; Miri.Gold@lw.com; Tyler.Bridegan@lw.com; dbruce@powerrogers.com; sdalton@powerrogers.com
**Subject:** McConchie et al v. Illinois State Board of Elections et al

**\*\*EXTERNAL SENDER\*\***

Counsel,

4

Please find attached Defendants' responses and objections to Plaintiffs' second set of discovery requests. Defendants designate these responses confidential.

Best,
Libby

**Libby Yandell**
Pronouns: she/her/hers

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.646.7822
Email: elizabeth.yandell@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

_____
This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.
Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).
Information about how we handle personal information is available in our Privacy Notice.