IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAN MCCONCHIE, in his official capacity as Minority Leader of the Illinois Senate and individually as a registered voter, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>IAN K. LINNABARY, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-03091<br><br>Circuit Judge Michael B. Brennan<br>Chief District Judge Jon E. DeGuilio<br>District Judge Robert M. Dow, Jr.<br><br>Three-Judge Court<br>Pursuant to 28 U.S.C. § 2284(a)<br><br>Magistrate Beth W. Jantz |
| JULIE CONTRERAS, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>ILLINOIS STATE BOARD OF ELECTIONS, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-03139<br><br>Circuit Judge Michael B. Brennan<br>Chief District Judge Jon E. DeGuilio<br>District Judge Robert M. Dow, Jr.<br><br>Three-Judge Court<br>Pursuant to 28 U.S.C. § 2284(a)<br><br>Magistrate Beth W. Jantz |

**JOINT PROPOSED SCHEDULE**

Plaintiffs Dan McConchie, in his official capacity as Minority Leader of the Illinois Senate and individually as a registered voter, Jim Durkin, in his official capacity as Minority Leader of the Illinois House of Representatives and individually as a registered voter, the Republican Caucus of the Illinois Senate, the Republican Caucus of the Illinois House of Representatives, the Illinois Republican Party, Plaintiffs James Rivera, Anna de La Torre, Dolores Diaz, Felipe Luna Jr., Salvador Tremillo, Christopher Romero, Plaintiffs Julie Contreras, Irvin Fuentes, Abraham Martinez, Irene Padilla, and Rose Torres (collectively

"Plaintiffs"), Defendants Emanuel Christopher Welch, Office of the Speaker of the Illinois House of Representatives, Don Harmon, and Office of the President of the Illinois Senate (collectively the "Leadership Defendants") and Ian K. Linnabary, Casandra B. Watson, William J. Cadigan, Laura K. Donahue, Catherine S. McCrory, William M. McGuffage, and Rick S. Terven, Sr., in their official capacities as members of the Illinois State Board of Elections (collectively the "ISBE Defendants") hereby respectfully request that this Court consider setting a schedule with the dates set forth below.

In support of this proposed schedule, the parties state as follows:

1. On October 9, 2021, Magistrate Judge Jantz requested the parties meet and confer to propose a schedule for the remaining dates in this litigation for the three-judge panel's consideration.

2. The Illinois State Board of Elections reiterates its position as detailed in the Status Report filed on October 8, 2021.

3. After meeting and conferring, the parties, other than the Illinois State Board of Elections, jointly provide this Court with the following proposed schedule for its consideration:

| EVENT | PROPOSED DATE |
|---|---|
| Fact Discovery Cutoff | October 29, 2021 (already set) |
| Exchange of Trial Witness List, Exhibit Lists and Stipulations | November 16, 2021 (already set) |
| Motions for Summary Judgment Due | November 17, 2021 |
| Motions *In Limine* due | November 19, 2021 |
| Responses to *Motion in Limine* due | November 22, 2021 |
| Final Pre-Trial Conference and Submissions of Trial Exhibits and Designations | November 23, 2021 |
| Motions for Summary Judgment Responses Due | November 24, 2021 |
| Motions for Summary Judgment Replies Due | December 1, 2021 |
| Proposed Trial Date | December 7, 2021 |

WHEREFORE, for the reasons set forth above, all parties respectfully request that the Court issue a schedule to the extent it deems appropriate with the proposed schedule set forth herein.

Dated: October 15, 2021

s/ Phillip A. Luetkehans
Phillip A. Luetkehans
Brian J. Armstrong
LUETKEHANS, BRADY, GARNER & ARMSTRONG, LLC
105 E. Irving Park Road
Itasca, Illinois 60143
Tel: (630) 773-8500
Fax: (630) 773-1006
pal@lbgaalw.com
bja@lbgalaw.com
*Counsel for Plaintiffs Dan McConchie, in his capacity as Minority Leader of the Illinois Senate and individually as a registered voter, Jim Durkin, in his official capacity as Minority Leader of the Illinois House of Representatives and individually as a registered voter, the Republican Caucus of the Illinois Senate, and the Republican Caucus of the Illinois House of Representatives*

Respectfully submitted,

/s/ Charles E. Harris, II
Charles E. Harris, II
Mitchell D. Holzrichter
Thomas V. Panoff
Christopher S. Comstock
Heather A. Weiner
Christopher A. Knight
Joseph D. Blackhurst
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
Fax: (312) 701-7711
charris@mayerbrown.com
mholzrichter@mayerbrown.com
tpanoff@mayerbrown.com
ccomstock@mayerbrown.com
hweiner@mayerbrown.com
cknight@mayerbrown.com
jblackhurst@mayerbrown.com
*Counsel for Plaintiffs Dan McConchie, in his capacity as Minority Leader of the Illinois Senate and individually as a registered voter, Jim Durkin, in his official capacity as Minority Leader of the Illinois House of Representatives and individually as a registered voter, the Republican Caucus of the Illinois Senate, and the Republican Caucus of the Illinois House of Representatives*

/s/ Ricardo Meza
Ricardo Meza
MEZA LAW
161 N. Clark Street, Ste. 1600
Chicago, Illinois 60601
Tel: (312) 814-3739
rmeza@meza.law
*Counsel for Plaintiffs Dan McConchie, in his capacity as Minority Leader of the Illinois Senate and individually as a registered voter, Jim Durkin, in his official capacity as Minority Leader of the Illinois House of Representatives and individually as a registered voter, the Republican Caucus of the Illinois Senate,*

/s/ John G. Fogarty
John G. Fogarty
CLARK HILL PLC
130 Randolph Street, Ste. 3900
Chicago, Illinois 60601
Tel: (312) 985-5900
Fax: (312) 985-5999
jfogarty@clarkhill.com
*Counsel for Plaintiff, Illinois Republican Party*

*and the Republican Caucus of the Illinois*
*House of Representatives*

s/ Ernest I. Herrera
Griselda Vega Samuel (no. 6284538)
Francisco Fernandez del Castillo (no. 6337137)
Mexican American Legal Defense and Educational Fund
11 E. Adams, Ste. 700
Chicago, Illinois 60603
Tel: (312) 427-0701
Fax: (312) 588-0782
gvegasamuel@maldef.org
ffernandez-delcastillo@maldef.org
*Counsel for Plaintiffs Julie Contreras,*
*Irvin Fuentes, Abraham Martinez,*
*Irene Padilla and Rose Torres*

Thomas A. Saenz *(pro hac vice)*
CA State Bar No. 24005046
Ernest I. Herrera *(pro hac vice)*
CA State Bar No. 335032
Denise Hulett
CA State Bar No. 141553
Mexican American Legal Defense and Educational Fund
643 S. Spring St., 11th Flr.
Los Angeles, CA  90014
Telephone
tsaenz@maldef.org
eherrera@maldef.org
dhulett@maldef.org
*Counsel for Plaintiffs Julie Contreras,*
*Irvin Fuentes, Abraham Martinez,*
*Irene Padilla and Rose Torres*

Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
Tel: (312) 814-4417
*Counsel for Illinois State Board*
*of Elections*

Michael J. Kasper
151 N. Franklin Street Suite 2500
Chicago, IL 60606
(312) 704-3292
mjkasper60@mac.com
*Counsel for Defendants Welch, Office of the Speaker, Harmon,*
*and Office of the President*

Devon C. Bruce
Power Rogers, LLP
70 W. Madison St., Suite 5500
Chicago, IL 60606
(312) 236-9381
dbruce@powerrogers.com
*Counsel for Defendants Welch, Office of the Speaker, Harmon,*
*and Office of the President*

Sean Berkowitz
Colleen C. Smith
Latham & Watkins
330 N. Wabash, Suite 2800
Chicago, IL 60611
(312) 777-7016
sean.berkowitz@lw.com
*Counsel for Defendants Harmon,*
*and Office of the President*

Elizabeth H. Yandell
Latham & Watkins
505 Montgomery St., Suite 2000
San Francisco, CA 94111
(415) 391-0600
elizabeth.yandell@lw.com
*Counsel for Defendants Harmon,*
*and Office of the President*

Adam R. Vaught
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
(312) 704-3000
avaught@hinshawlaw.com
*Counsel for Defendants Welch, Office of the Speaker, Harmon,*
*and Office of the President*

Heather Wier Vaught
Heather Wier Vaught, P.C.
106 W. Calendar Ave, #141
LaGrange, IL 60625
(815) 762-2629
heater@wiervaught.com
*Counsel for Defendants Welch, Office of the Speaker, Harmon, and Office of the President*