IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAN McCONCHIE, *et al.*, | ) | |
| | ) | |
|     Plaintiffs, | ) | Case No. 1:21-CV-03091 |
| v. | ) | |
| | ) | Circuit Judge Michael B. Brennan |
| CHARLES SCHOLZ, *et al.,* | ) | Chief District Judge Jon E. DeGuilio |
| | ) | District Judge Robert M. Dow, Jr. |
|     Defendants, | ) | |
| | ) | Three-Judge Court |
| | ) | Pursuant to 28 U.S.C. § 2284(a) |
| | ) | |

| | | |
|---|---|---|
| JULIE CONTRERAS, *et al.,* | ) | |
| | ) | |
|     Plaintiffs, | ) | Case No. 1:21-CV-03139 |
| v. | ) | |
| | ) | Circuit Judge Michael B. Brennan |
| ILLINOIS STATE BOARD OF ELECTIONS, *et al.,* | ) | Chief District Judge Jon E. DeGuilio |
| | ) | District Judge Robert M. Dow, Jr. |
|     Defendants, | ) | |
| | ) | Three-Judge Court |
| | ) | Pursuant to 28 U.S.C. § 2284(a) |
| | ) | |

| | | |
|---|---|---|
| EAST ST. LOUIS BRANCH NAACP, *et al.*, | ) | |
| | ) | |
|     Plaintiffs, | ) | Case No. 1:21-CV-05512 |
| v. | ) | |
| | ) | Circuit Judge Michael B. Brennan |
| ILLINOIS STATE BOARD OF ELECTIONS, *et al.,* | ) | Chief District Judge Jon E. DeGuilio |
| | ) | District Judge Robert M. Dow, Jr. |
|     Defendants, | ) | |
| | ) | Three-Judge Court |
| | ) | Pursuant to 28 U.S.C. § 2284(a) |

**JOINT STATUS UPDATE REGARDING FURTHER BRIEFING AND SUBMISSIONS**

Pursuant to the Court's request during the hearing on December 7, 2021, all parties conferred by email on December 8 and 9, 2021, and determined that no further sur-reply or sur-sur-reply briefing is necessary, as the relevant issues were already discussed at the hearing. The

parties are, of course, available to respond to any supplemental briefing request issued by the Court. The parties also intend to submit transcripts of all expert depositions, in case those are helpful to the Court.[1]

Dated: December 9, 2021

Michael J. Kasper
151 N. Franklin Street
Suite 2500
Chicago, IL 60606
(312) 704-3292
mjkasper@60@mac.com

*Counsel for Defendants Welch, Office of the Speaker, Harmon, and Office of the President*

Adam Vaught
Kilbride & Vaught
82 S. LaGrange Road, Suite 208
LaGrange, IL 60525
(217) 720-1961
avaught@kilbridevaught.com

*Counsel for Defendants Welch, Office of the Speaker, Harmon, and Office of the President*

Heather Wier Vaught
Heather Wier Vaught, P.C.
106 W. Calendar Ave, #141
LaGrange, IL 60625
(815) 762-2629
heather@wiervaught.com

*Counsel for Defendants Welch, Office of the Speaker, Harmon, and Office of the President*

Devon C. Bruce
Power Rogers, LLP
70 W. Madison St., Suite 5500
Chicago IL, 60606
(312) 236-9381

Respectfully submitted,

*/s/ Sean Berkowitz*
Sean Berkowitz
Latham & Watkins LLP
330 N. Wabash, Suite 2800
Chicago, IL 60611
(312) 777-7016
sean.berkowitz@lw.com

Colleen C. Smith
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400
colleen.smith@lw.com

Elizabeth H. Yandell
Latham & Watkins LLP
505 Montgomery St., Ste 2000
San Francisco, CA 94111
(415) 391-0600
elizabeth.yandell@lw.com

*Counsel for Defendants Harmon and Office of the President*

---

[1] The deposition of Dr. Lichtman was video recorded, and can be provided in that format as well if helpful for the Court.

dbruce@powerrogers.com

*Counsel for Defendants Welch, Office of the Speaker, Harmon, and Office of the President*

Dated: December 9, 2021

/s/ *Phillip A. Luetkehans*
Phillip A. Luetkehans
Brian J. Armstrong
LUETKEHANS, BRADY, GARNER & ARMSTRONG, LLC
105 E. Irving Park Road
Itasca, Illinois 60143
Tel: (630) 760-4601
pal@lbgalaw.com
bja@lbgalaw.com

*Counsel for Plaintiffs Dan McConchie, in his official capacity as Minority Leader of the Illinois Senate and individually as a registered voter, Jim Durkin, in his official capacity as Minority Leader of the Illinois House of Representatives and individually as a registered voter, James Rivera, Anna De La Torre, Dolores Diaz, Felipe Luna Jr., Salvador Tremillo, Christopher Romero, the Republican Caucus of the Illinois Senate, and the Republican Caucus of the Illinois House of Representatives*

/s/ *Ricardo Meza*
Ricardo Meza
Meza Law
161 N. Clark Street, Suite 1600
Tel: (312) 802-0336
rmeza@meza.law

*Counsel for Plaintiffs Dan McConchie, in his official capacity as Minority Leader of the Illinois Senate and individually as a registered voter, Jim Durkin, in his official capacity as Minority Leader of the Illinois House of Representatives and individually as a registered voter, James Rivera, Anna De La Torre, Dolores Diaz, Felipe Luna Jr., Salvador Tremillo, Christopher Romero, the Republican Caucus of*

/s/ *Thomas V. Panoff*
Charles E. Harris, II
Mitchell D. Holzrichter
Thomas V. Panoff
Christopher S. Comstock
Heather A. Weiner
Christopher A. Knight
Joseph D. Blackhurst
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
charris@mayerbrown.com
mholzrichter@mayerbrown.com
tpanoff@mayerbrown.com
ccomstock@mayerbrown.com
hweiner@mayerbrown.com
cknight@mayerbrown.com
jblackhurst@mayerbrown.com

*Counsel for Plaintiffs Dan McConchie, in his official capacity as Minority Leader of the Illinois Senate and individually as a registered voter, Jim Durkin, in his official capacity as Minority Leader of the Illinois House of Representatives and individually as a registered voter, James Rivera, Anna De La Torre, Dolores Diaz, Felipe Luna Jr., Salvador Tremillo, Christopher Romero, the Republican Caucus of the Illinois Senate, and the Republican Caucus of the Illinois House of Representatives*

/s/ *John G. Fogarty*
John G. Fogarty
Clark Hill PLC
130 E. Randolph St., Suite 3900
Chicago, Illinois 60601
Tel: (312) 985-5900
jfogarty@clarkhill.com

| | |
|---|---|
| *the Illinois Senate, and the Republican Caucus of the Illinois House of Representatives* | *Counsel for Plaintiff the Illinois Republican Party* |
| Dated: December 9, 2021 | */s/ Ernest Herrera*<br><br>Griselda Vega Samuel (no. 6284538)<br>Francisco Fernandez del Castillo (no. 6337137)<br>MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND<br>11 E. Adams St., Suite 700<br>Chicago, IL 60603<br>Telephone: (312) 427-0701<br>Facsimile: (312) 588-0782<br>Email: gvegasamuel@maldef.org<br>Email: ffernandez-delcastillo@maldef.org<br><br>Thomas A. Saenz (*pro hac vice*)<br>CA State Bar No. 24005046<br>Ernest Herrera (*pro hac vice*)<br>CA State Bar No. 335032<br>Denise Hulett<br>CA State Bar No. 121553<br>MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND<br>643 S. Spring St., 11th Fl.<br>Los Angeles, CA 90014<br>Telephone: (213) 629-2512<br>Email: tsaenz@maldef.org<br>Email: eherrera@maldef.org<br><br>*Counsel for Contreras Plaintiffs* |
| Dated: December 9, 2021 | */s/ Matthew L. Kutcher*<br><br>Aneel L. Chablani (No. 6242658)<br>Ami Gandhi (No. 6282924)<br>Clifford Helm (No. 6319229)<br>CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS<br>100 N. LaSalle St., Ste. 600<br>Chicago, IL 60602<br>Telephone: (312) 630-9744<br>Facsimile: (312) 630-1127<br>E-mail: achablani@clccrul.org |

E-mail: agandhi@clccrul.org
E-mail: chelm@clccrul.org

Jon M. Greenbaum
Ezra D. Rosenberg
James T. Tucker
Ryan R.T. Snow
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, N.W. Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
E-mail:jgreenbaum@lawyerscommittee.org
E-mail:erosenberg@lawyerscommittee.org
E-mail:jtucker@lawyersommittee.org
E-mail:rsnow@lawyerscommittee.org

Matthew L. Kutcher (No. 6275320)
COOLEY LLP
444 W Lake Street, Suite 1700
Chicago, IL 60606

Telephone: (312) 881-6500
Facsimile: (312) 881-6598
E-mail: mkutcher@cooley.com

Joseph M. Drayton (admitted *pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
E-mail:jdrayton@cooley.com

Elizabeth Wright (admitted *pro hac vice*)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
E-mail: ewright@cooley.com

*Counsel for Plaintiffs Illinois State Conference of the NAACP and United Congress of Community and Religious Organizations*

Dated: December 9, 2021 /s/ *Mary A. Johnston*
Mary A. Johnston
Office of the Illinois Attorney General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-4417
Mary.johnston@ilag.gov

*Counsel for Defendants Illinois State Board of Elections and its Members*