**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Julie Contreras, et al.

                              Plaintiff,

v.                                                                     Case No.: 1:21−cv−03139
                                                                        Honorable Robert M. Dow Jr.

Illinois State Board of Elections, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 22, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion by Plaintiffs Hispanic Lawyers Association of Illinois, Jose Alcala, Alfredo Calixto, Julie Contreras, Cristina Flores, Irvin Fuentes, Troy Hernandez, Abraham Martinez, Ivan Medina, Laura Murphy, Irene Padilla, Puerto Rican Bar Association of Illinois, Rose Torres for attorney fees instructions under Local Rule 54.3(g) [192] is entered and continued. Judge Dow's Courtroom Deputy will reach out to counsel in the next few days with (a) available dates and times for a hearing, (b) a briefing schedule on the motion, and/or (c) further instructions. Notice of motion date of 3/23/2022 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.