**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division**

Julie Contreras, et al.
                                    Plaintiff,

v.                                              Case No.: 1:21−cv−03139
                                                Honorable Robert M. Dow Jr.

Illinois State Board of Elections, et al.
                                    Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Sunday, April 24, 2022:


    MINUTE entry before the Honorable Robert M. Dow, Jr: The motions [196, 199] noticed for presentment on 4/25/2022 are taken under advisement and no appearances are necessary on 4/25/2022. The panel will either set the matter for a telephonic or video hearing or issue further written guidance and/or rulings in a future order. Emailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.