**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION.**

| | |
|---|---|
| JULIE CONTRERAS, IRVIN FUENTES, ABRAHAM MARTINEZ, IRENE PADILLA, ROSE TORRES, LAURA MURPHY, CRISTINA FLORES, JOSE ALCALA, TROY HERNANDEZ, GABRIEL PEREZ, IVAN MEDINA, ALFREDO CALIXTO, HISPANIC LAWYERS ASSOCIATION OF ILLINOIS, and PUERTO RICAN BAR ASSOCIATION OF ILLINOIS<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS STATE BOARD OF ELECTIONS, IAN K. LINNABARY, WILLIAM J. CADIGAN, LAURA K. DONAHUE, WILLIAM M. MCGUFFAGE, KATHERINE S. MCCRORY, RICK S. TERVEN, SR. and CASANDRA B. WATSON in their official capacities as members of the Illinois State Board of Elections, DON HARMON, in his official capacity as President of the Illinois Senate, and THE OFFICE OF THE PRESIDENT OF THE ILLINOIS SENATE, EMANUEL CHRISTOPHER WELCH, in his official capacity as Speaker of the Illinois House of Representatives, and the OFFICE OF THE SPEAKER OF THE ILLINOIS HOUSE OF REPRESENTATIVES,<br><br>Defendants. | Case No. 1:21-cv-3139<br><br>Circuit Judge Michael B. Brennan Chief District Judge Jon E. DeGuilio District Judge Robert M. Dow, Jr.<br><br>Three-Judge Court Under 28 U.S.C. § 2284(a) |

## JOINT NOTICE OF SETTLEMENT

Pursuant to the Court's Order (Dkt. 210) Plaintiffs and Legislative Defendants ("the Parties") jointly notify the Court as follows:

1

The parties report to the Court that a settlement between the parties on Plaintiffs' attorney fee claim has been reached. A settlement agreement was executed by the parties on December 12, 2022. The Legislative Defendants have submitted all necessary paperwork to the Illinois Comptroller to issue the settlement payment to Plaintiffs. Voucher numbers have been issued and the Legislative Defendants have provided them to Plaintiffs. At the time of the filing of this report, the payment has not yet been made, but the parties do not anticipate any issue with the Comptroller processing the payment in her normal course.

The parties therefore respectfully request this Court dismiss Plaintiffs' attorney fee claim with the Court to retain jurisdiction to enforce the settlement.

**WHEREFORE**, the parties respectfully request this Court dismiss Plaintiffs' attorney fee claim with the Court to retain jurisdiction to enforce the settlement.

| | |
|---|---|
| Dated: January 6, 2023 | Respectfully submitted, |
| /s/ Adam R. Vaught<br>Adam R. Vaught<br>Kilbride & Vaught<br>82 S. LaGrange Road, Suite 208<br>LaGrange, IL 60525<br>(217)720-1961<br>avaught@kilbridevaught.com | */s/ Griselda Vega Samuel*<br>Griselda Vega Samuel (no. 6284538)<br>Francisco Fernández del Castillo<br>(no. 6337137)<br>MEXICAN AMERICAN LEGAL DEFENSE<br>AND EDUCATIONAL FUND<br>11 E. Adams St., Suite 700<br>Chicago, IL 60603<br>Telephone: (312) 427-0701 |
| Counsel for Defendants Welch, Office of the Speaker, Harmon, and Office of the President | Facsimile: (312) 588-0782<br>Email: gvegasamuel@maldef.org<br>Email:ffernandez-delcastillo@maldef.org |

Sean Berkowitz
Latham & Watkins LLP
330 N. Wabash, Suite 2800
Chicago, IL 60611
(312) 777-7016
sean.berkowitz@lw.com

Colleen C. Smith
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400
colleen.smith@lw.com

Elizabeth H. Yandell
Latham & Watkins LLP
505 Montgomery St., Suite 2000
San Francisco, CA 94111
(415) 391-0600
elizabeth.yandell@lw.com

Counsel for Defendants Harmon and Office of the President

Michael J. Kasper
151 N. Franklin Street Suite 2500
Chicago, IL 60606
(312) 704-3292
mjkasper@60@mac.com

Devon C. Bruce Power Rogers, LLP
70 W. Madison St., Suite 5500
Chicago IL, 60606
(312) 236-9381
dbruce@powerrogers.com

Heather Wier Vaught
Heather Wier Vaught, P.C.
106 W. Calendar Ave, #141
LaGrange, IL 60625
(815) 762-2629
heather@wiervaught.com

Thomas A. Saenz (*pro hac vice*)
CA State Bar No. 24005046
Ernest Herrera (*pro hac vice*)
CA State Bar No. 335032
Denise Hulett
CA State Bar No. 121553
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
643 S. Spring St., 11th Fl.
Los Angeles, CA 90014
Telephone: (213) 629-2512
Email: tsaenz@maldef.org
Email: eherrera@maldef.org
Email: dhulett@maldef.org

*/s/ Julie Bauer*
Julie A. Bauer (no. 6191271)
Nathan R. Gilbert (no. 6326946)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel: (312) 558-8907
Email: JBauer@winston.com
Email: NRGilbert@winston.com

*Attorneys for Plaintiffs*

3

Counsel for Defendants Welch, Office of the Speaker, Harmon, and Office of the President

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 6, 2023 a copy of the above Notice was filed electronically in compliance with Local Rule 5.9.

<u>s/ Griselda Vega Samuel</u>