**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Julie Contreras, et al.
                                    Plaintiff,

v.                                                                  Case No.: 1:21−cv−03139
                                                                   Honorable Robert M. Dow Jr.

Illinois State Board of Elections, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 7, 2023:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On January 6, 2023, the parties filed a notice of settlement [212] as to Plaintiffs' attorney's fee claim. In that notice, the parties reported that all necessary paperwork had been submitted to the Illinois Comptroller and that they did not anticipate any issue with the processing of the payment in the normal course. The parties requested that the Court dismiss the attorney's fee claim and retain jurisdiction to enforce the settlement. However, if during the past two months the payment has in fact been made and the check has cleared, there would be no need for retention of jurisdiction. To that end, the Court requests that the parties file a joint status report no later than March 17, 2023, indicating whether Plaintiffs have received the paymentand, if not, when the payment is anticipated to be made. In the meantime, the now−settled fee claim [196] is stricken without prejudice. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.